# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY ANTHONY HARRIS, | ) | Case No. SA CV 13-1009 MRW |
|     Petitioner, | ) ) | |
| vs. | ) ) | JUDGMENT |
| JEFFREY BEARD, | ) ) | |
|     Respondent. | ) ) | |
| _____ | ) | |

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 15, 2013

                                                       _____
                                                       HON. MICHAEL R. WILNER
                                                       UNITED STATES MAGISTRATE JUDGE